FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE ESTUARDO OCANA,<br>Defendant. | Criminal Case No. '08CR1985LAB<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about May 22, 2008, within the Southern District of California, defendant JORGE ESTUARDO OCANA, did knowingly and intentionally import approximately 21.20 kilograms (46.64 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
6/5/08